1

2

3                            UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
4                                     AT TACOMA

5

6    CARMEN Y. MAXWELL,
                                                    Case No. 13-5226-BHS-KLS
7                                  Plaintiff,

8            v.
                                                    ORDER ADOPTING REPORT
9    CAROLYN W. COLVIN, Acting                      AND RECOMMENDATION
     Commissioner of Social Security,
10
                                   Defendant.
11

12           This matter comes before the Court on the Report and Recommendation of Magistrate

13   Judge Karen L. Strombom (Dkt. 29) recommending that this case be remanded, based on the

14   stipulation of the parties (Dkt. 28).  It is therefore ORDERED:

15
             (1)  The Court ADOPTS the Report and Recommendation; and
16
             (2)   The Court REVERSES and REMANDS for further administrative proceedings.
17
             DATED this 16th day of October, 2013.
18

19

20

21                                            _____
                                              BENJAMIN H. SETTLE
22                                            United States District Judge

23

24

25

26

     ORDER ADOPTING REPORT AND RECOMMENDATION