United States District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARMEN Y MAXWELL, ) | |
| ) | CIVIL NO. 3:13-cv-5226-BHS-KLS |
| Plaintiff, ) | |
| ) | ORDER FOR EAJA FEES, |
| vs. ) | COSTS, AND EXPENSES |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon Plaintiff's Motion for EAJA Fees, Costs, and Expenses, it is hereby ORDERED that attorney's fees in the total amount of $5,288.37 (which is for work performed by Victoria Chhagan in the amount of $3,631.10 plus work performed by Courtney Vale Lyon in the amount of $1,657.27) and expenses in the amount of $23.98 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $14.60 (for photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Courtney Vale Lyon, at Ms. Lyon's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502 however,

ORDER FOR EAJA FEES, COSTS, AND EXPENSES—
[3:13-cv-5226-BHS-KLS] – Page 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Courtney@ssavalaw.com

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Courtney Vale Lyon, and delivered via check to Ms. Lyon's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

DATED this 3rd day of December, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/Courtney Vale Lyon
Courtney Vale Lyon, WSB No. 43226
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS, AND EXPENSES—
[3:13-cv-5226-BHS-KLS] – Page 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Courtney@ssavalaw.com